AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br><br>Brett Michael Dobberke<br><br>*Defendant(s)* | Case No.  4:21-MJ-767 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  November 7, 2021,  in the county of  Polk  in the Southern District of  Iowa , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 924(c) | Possessing, brandishing, and discharging a firearm in furtherance of a drug trafficking crime |
| 21 U.S.C. § 841(a)(1), 841(b)(1)(D) | Possession with intent to distribute a controlled substance |

This criminal complaint is based on these facts:
See attached Affidavit

**GOVERNMENT EXHIBIT 1** 4:22-cr-001

☑ Continued on the attached sheet.

☑ This complaint and affidavit were presented by an attorney for the government.

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 12/23/2021

*Complainant's signature*
Jason Hays, Detective, DMPD
*Printed name and title*

*Judge's signature*
Stephen H. Locher, U.S. Magistrate Judge
*Printed name and title*

City and state:  Des Moines, Iowa

FILED
By: Clerk's Office, Southern District of Iowa
12:32 pm, Dec 23 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| **AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT** | ) )  Case No.   4:21-MJ-767 ) ) ) ) )  **[FILED UNDER SEAL]** |

I, Jason Hays, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am employed as a Senior Police Officer with the Des Moines, Iowa Police Department and have been so employed since July 2007. I am currently assigned as an investigator detective in the Crimes Against Persons Section (Robbery/Homicide) and have been so assigned since December 2018. I am a graduate of the twenty-two week Des Moines Police Department's Regional Academy and have received annual in-service training on legal updates and crime trends. In connection with my duties and responsibilities as a local certified police officer, I have testified in judicial proceedings and prosecutions for multiple criminal code violations; including weapons and controlled substance violations. During my law enforcement career, I have participated in numerous investigations involving the unlawful possession and/or distribution of firearms and controlled substances in violation of state and federal laws, which led to state and Federal arrests, and the convictions of violators.



FILED
By: Clerk's Office, Southern District of Iowa
12:32 pm, Dec 23 2021

2. In the course of my duties, I have conducted or participated in physical surveillance, numerous social media investigations, the execution of search warrants, debriefing of informants, and interviews of witnesses and defendants. In the course of my duties and training and experience, I have also become familiar with methods for the trafficking of illegal drugs, the common items used to obtain, package, distribute, and ingest illegal drugs, the role of weapons and firearms in drug trafficking, and the common slang and terminology used by those engaged in the sale and purchase of illegal drugs. Additionally, I am familiar with typical street prices for common drugs, including marijuana, as well as what is a user versus distribution quantity. I have also had training and experience in the identification of controlled substances, including marijuana. Based on my training and experience, I know that firearms are tools of the drug trade.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

4. Based on the facts set forth in this affidavit, there is probable cause to believe that BRETT MICHAEL DOBBERKE has committed violations of Title 18, United States Code, Section 924(c) (possessing, brandishing, and discharging a firearm in furtherance of a drug trafficking crime); and Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(D) (possession with intent to distribute a controlled substance).

## PROBABLE CAUSE

5. On November 7, 2021, at approximately 11:22 a.m., Des Moines Police Officers responded to a report of a shooting in the area of 17th Street and Forest Avenue in Des Moines, Iowa. A 15-year-old juvenile male, later identified as Juvenile Male 1 (JV1), was found shot in the side of the head and lying in the front yard of a residence. A loaded Smith & Wesson .380 caliber pistol was lying on the ground next to JV1. JV1 was taken to the hospital, where he was declared brain dead that same day. He was removed from life support on November 10, 2021.

6. Surveillance video recovered by Des Moines Police Officers from a house across the street from where JV1 was found captured part of the incident. In summary, the video showed a brown Chevy Blazer parked near a silver vehicle (later identified as a Dodge Journey). Two males identified as Juvenile Male 2 (JV2) and JV1 got out of the Dodge Journey and got into the rear seat of the Blazer. Seconds later, both JV1 and JV2 got out of the Blazer and ran, with JV1 turning back toward the Blazer and raising his arm, consistent with firing a gun. Witnesses reported hearing two gun shots, which was later determined to be an initial shot from JV1 and a single return shot from the Blazer (which struck JV1 in the head).

7. Witnesses reported to officers that the driver of the Journey was Juvenile Male 3 (JV3). JV3 told JV1's relatives at the hospital that he had picked up JV1 and JV2 on November 7, 2021, and that JV1 and JV2 said they had a "stain" to do. I know that based on my training and experience, "stain" refers to a robbery.

8. Officers began researching and searching for the Blazer involved in the shooting. Officers were able to identify the Blazer as belonging to BRETT MICHAEL DOBBERKE. On November 8, 2021, Officers located both DOBBERKE and the Blazer at DOBBERKE's place of employment. When encountered by officers, the Blazer had an Apple logo sticker over a bullet hole behind the rear passenger side door. Additionally, there was a pistol visible in the center console area of the vehicle, which was later identified as a Ruger LCP .380 caliber pistol. DOBBERKE was then detained and taken to the police station for an interview.

9. DOBBERKE was advised of his rights pursuant to the *Miranda* warnings, and requested an attorney. His attorney arrived, and DOBBERKE agreed to make a statement with his attorney present. DOBBERKE admitted that he sold marijuana in small amounts on a daily basis and has done so for the last two to three years. He said he sold about one ounce of marijuana per week. On November 7, 2021, DOBBERKE stated that he posted a picture of about one-half ounce of marijuana for sale on his Snapchat account. Another user then "hit him up" to buy the marijuana. DOBBERKE and this user negotiated a price of $100 for the marijuana.

10. DOBBERKE and a passenger then went to meet the buyer at 17th and Forest in Des Moines. DOBBERKE stated that a silver Dodge Journey arrived with four or five males inside. They indicated for DOBBERKE to get in with them; however, DOBBERKE refused. Two of the younger males (JV1 and JV2) got into the back seat of DOBBERKE's Blazer. DOBBERKE noted that the males were wearing "too many coats for how hot it was outside." DOBBERKE stated that he felt uneasy

as they approached the Blazer, so he put his hand on his firearm (which was between his seat and center console).

11.  Within seconds, the male directly behind DOBBERKE (JV2) pulled a knife, and the male in the rear passenger side seat (JV1) pulled a gun and pointed it at DOBBERKE.[1]  JV1 told DOBBERKE to "give him everything."  DOBBERKE then pulled out his own firearm, causing JV1 to "get scared and back up."  DOBBERKE pointed his gun at JV1, and JV1 and JV2 then got out of the car and began to run off. DOBBERKE stated that as JV1 began to run, JV1 turned around and fired a single shot from his pistol.  DOBBERKE then reached behind the passenger seat and pointed his gun through the rear passenger door.  DOBBERKE said JV1 then turned around and raised his arm again, and DOBBERKE fired one shot.  DOBBERKE saw JV1 fall to the ground, and DOBBERKE fled.

12.  DOBBERKE stated that he then returned home, where he hid the expended casing in his bedroom.  DOBBERKE then covered the bullet hole in his Blazer with an Apple logo sticker.  DOBBERKE described the firearm he used in the shooting as a Smith & Wesson, .45 caliber revolver.  He said it would be found in his closet, along with the marijuana he was going to sell to JV1 and JV2.  DOBBERKE said the firearm seen in plain view in his car (Ruger LCP) was not involved in the shooting.

---

[1] Identification of JV1 and JV2 by name in DOBBERKE's statement is based on law enforcement review of surveillance videos, as well as other corroborating information, including witness statements.

13. The passenger in DOBBERKE's car was also interviewed by police officers. The passenger described waiting with DOBBERKE at 17th and Forest. The passenger recalled two boys came up into the car and got in the back seat. The male behind DOBBERKE pulled a knife and the other male pointed a gun at DOBBERKE's head. The passenger initially denied they were there for a drug deal. Shortly thereafter, when confronted with DOBBERKE's statements, the passenger admitted lying about why they were there. The passenger recalled covering the bullet hole on the Chevy Blazer with the Apple logo sticker.

14. On November 8, 2021, law enforcement conducted a search of DOBBERKE's Des Moines, Iowa, bedroom. Officers found and seized from the bedroom a Smith & Wesson .45 caliber revolver and the spent casing where he said they would be. There was no marijuana in the closet, but officers noted a vacuum sealer and packaging. When questioned about the missing marijuana, DOBBERKE's passenger stated that it was flushed down the toilet following the shooting. I know, based on my training and experience, that these items are consistent with items commonly used for drug distribution.

15. A review of DOBBERKE's cell phone (pursuant to a state search warrant) showed that he did two more marijuana deals that evening (following the shooting of JV1). These deals were arranged via text message and confirmed by CashApp payments for the amounts negotiated.

16. Based on my training and experience, I know that drug dealers often possess and carry guns to protect themselves, their drugs, and their drug proceeds.

DOBBERKE's possessing, brandishing, and discharge of the gun in this case during the drug deal with JV1 and JV2, along with his stated intent to protect himself in the event of a robbery, is consistent with this practice.

## CONCLUSION

17. Based upon the foregoing facts, there is probable cause to believe that BRETT MICHAEL DOBBERKE has committed violations of Title 18, United States Code, Section 924(c) (possessing, brandishing, and discharging a firearm in furtherance of a drug trafficking crime); and Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(D) (possession with intent to distribute a controlled substance).

I further state and declare that all of the statements and information contained herein are true and correct to the best of my knowledge, information, and belief.

_____
Jason Hays, Detective
Des Moines Police Department

Subscribed and sworn to before me this 23rd day of December, 2021, by reliable electronic means.

_____
The Honorable Stephen H. Locher
United States Magistrate Judge