IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRETT MICHAEL DOBBERKE, <br><br> Defendant. | No. 4:22-cr-00001-RGE-HCA <br><br><br> **CRIMINAL TRIAL SETTING ORDER** |

Trial in this matter will commence on Monday, August 1, 2022 at 9:00 a.m. at the United States Courthouse in Des Moines, Iowa. Counsel and Defendant shall appear at 8:30 a.m. each morning of trial to discuss matters likely to arise that day. Additional instruction will be provided prior to or at the final pretrial conference. In preparation for trial, the Court states the following:

1. Plea Deadline: In order to afford all parties as much notice and opportunity to be as prepared for trial as possible, Defendant is put on notice that a plea of guilty must be entered by **July 1, 2022**. The Court will not accept any plea agreement that dismisses counts or provides for a specific sentence pursuant to Rule 11(c)(1)(C) after that date. Additionally, once that date has passed, the Court will not grant the additional one-level decrease for acceptance of responsibility provided for under USSG §3E1.1(b), barring exceptional circumstances.

2. Final Pretrial Conference: A Pretrial Conference before the trial judge will be held on July 29, 2022, at 9:00 a.m. at the United States Courthouse in Des Moines, Iowa. Counsel and Defendant must appear in person. All trial-related motions on file will be addressed at this hearing.

3. Submissions to the Court:

   *a.   Motions in Limine:* Motions in limine, including motions challenging the admission of any audio and/or videotape, must be filed on CM/ECF no later than twenty-

one days before trial. **Upon filing, the custodian of any evidence being challenged shall immediately deliver a copy of the contested evidence to the trial judge for review.** Resistances shall be filed within five days after the filing of motions.

      b.      *Trial Briefs:* Trial briefs shall be filed on CM/ECF no later than twenty-one days before trial. Trial briefs shall contain a brief recitation of the facts of the case and notify the Court of all novel, unusual, or complex legal, factual, or procedural issues reasonably anticipated to arise at trial.

      c.      *Witness List:* Each party shall submit a witness list in Word format to the trial judge's judicial assistant and courtroom deputy no later than fourteen days before trial. Each party shall file and submit a list indicating the order in which the party intends to call witnesses. The parties have an ongoing obligation to update their witness list, in the event the list changes after initial submission and exchange. In the event a party does not intend to produce witnesses at trial, in lieu of providing a witness list, such party shall notify the Court that it does not intend to present witnesses.

      d.      *Exhibit List and Exhibits:* Exhibit lists shall be filed on CM/ECF and submitted in Word format to the trial judge's judicial assistant and courtroom deputy no later than fourteen days before trial. Each party shall file and submit an exhibit list. The parties have an ongoing obligation to update their exhibit list, in the event the list changes after initial submission and exchange. The parties shall each provide the Court with a tabbed, three-ring binder containing copies of all of that party's exhibits no later than July 22, 2022. The binder shall be delivered to the trial judge's chambers in Des Moines, Iowa. The binder shall include copies of any recordings on CD or DVD. If necessary,

photographs or photocopies of contraband exhibits may be added to the binder the first morning of trial.

      e.    *Proposed Jury Instructions, Verdict Forms, and Interrogatories:* The parties shall file on CM/ECF joint written proposed jury instructions, verdict forms, and/or interrogatories, and shall email a Word format version to the trial judge's judicial assistant and courtroom deputy no later than twenty-one days before trial. Each requested instruction, verdict form, and/or interrogatory shall be separately numbered, begin on a separate page, and be double-spaced. Disputed instructions on the same issue shall be identified, for example, as 5A for the Government's submission and 5B for Defendant's submission. At the bottom of each proposed instruction, verdict form, and/or interrogatory, the parties must indicate the legal authority upon which it is based, such as a model instruction number, statute, regulation, decision, or other authority. All pattern instructions must be submitted in full text form with case-specific modifications, such as the name of a party or witness or alternative language applicable.

      f.    *Nontrial-Related Motions*. Deadline for nontrial-related motions, such as motions to suppress and motions to dismiss, is set for March 31, 2022.

4.    <u>Voir Dire</u>: The Court will first conduct voir dire of the prospective jurors. The Court will then permit each side a set amount of time for voir dire. Additional instruction will be provided prior to or at the final pretrial conference.

5.    <u>Evidence</u>: The United States District Court for the Southern District of Iowa uses Jury Evidence Recording System (JERS), a system that allows evidence admitted during trial to be viewed electronically in the jury deliberation room upon the conclusion of trial. Each party must submit all proposed exhibits electronically on a disc or USB drive. The parties should plan to rely

on electronic exhibits throughout trial. To minimize physical contact with witnesses, counsel shall place all exhibits to be discussed with a given witness on the witness stand prior to the witness's arrival. Alternatively, counsel should use the electronic evidence display system. Requests to approach witnesses will be denied, unless unforeseen circumstances arise. The jury will be instructed to utilize the JERS system exclusively while deliberating.

6. <u>Closing Arguments:</u> Closing arguments shall not exceed sixty minutes per party, inclusive of rebuttal. Time for rebuttal shall not exceed the amount of time used in the initial closing argument.

7. <u>Subpoenas and/or Writs:</u> Any subpoenas and/or writs must be provided to the United States Marshals Service pursuant to Local Rule 17.

8. <u>Defendant's Clothing:</u> It is defense counsel's responsibility to ensure that Defendant have suitable street clothes to wear at the time of trial. These clothes, whether provided by family members or defense counsel, shall be delivered to the United States Marshals Service at least one business day prior to trial.

**IT IS SO ORDERED.**

Dated February 10, 2022.

*/s/ Helen C. Adams*
Helen C. Adams
Chief U.S. Magistrate Judge